1  CALDWELL LESLIE & PROCTOR, PC
   ROBYN C. CROWTHER, State Bar No. 193840
2    *crowther@caldwell-leslie.com*
   MICHAEL D. ROTH, State Bar No. 217464
3    *roth@caldwell-leslie.com*
   KIMBERLY M. SINGER, State Bar No. 279883
4    *singer@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
5  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Plaintiff NICOLE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE, INC., | Case No. CV 15-01892-RGK (Ex) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER |
| v. | |
| B.L.K. INTERNATIONAL, INC., et al., | DISCOVERY MATTER |
| Defendants. | The Honorable Charles F. Eick |

CALDWELL
LESLIE &
PROCTOR

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

After considering the Stipulated Protective Order filed jointly by Plaintiff Nicole, Inc. ("Nicole Lee") and Defendants B.L.K. International, Inc. and Sanjay Khullar (collectively, "BLK"), and good cause appearing, the Court orders as follows:

The Court hereby GRANTS a protective order consistent with the terms set forth in the Stipulated Protective Order, which was submitted to this Court by the Parties on September 2, 2015.

Dated: 9/2/15

The Honorable Charles F. Eick
United States Magistrate Judge

Submitted by:

CALDWELL LESLIE & PROCTOR, PC

By _____/s/_____
MICHAEL D. ROTH
Attorneys for Plaintiff NICOLE, INC.

-1-
[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER